JS - 6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK CLINTON HOLMES,<br><br>           Petitioner,<br><br>   v.<br><br>DAVID LONG,<br><br>           Respondent. | NO. EDCV 14-1821-JGB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 28, 2015

JESUS G. BERNAL
United States District Judge